JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FERNANDO SORIA,**<br><br>Plaintiff,<br><br>v.<br><br>**J. HERNANDEZ, et al. ,**<br><br>Defendants. | Case No. 2:20-cv-07136-VAP-KK<br><br>**ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

Having read and considered the parties' stipulation for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the stipulation is **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1.    This action is dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

2.    Each party shall bear its own litigation costs and attorney's fees.

**IT IS SO ORDERED**.

Dated: May 3, 2022

_Virginia a. Phillips_

HONORABLE VIRGINIA A. PHILLIPS
United States District Judge